ACCEPTED
06-15-00052-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/10/2015 11:24:12 AM
DEBBIE AUTREY
CLERK

No. 06-15-00052-CV

_____

IN THE COURT OF APPEALS
FOR THE SIXTH DISTRICT OF TEXAS
AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/10/2015 11:24:12 AM
DEBBIE AUTREY
Clerk

TAMI DONALD, JERRY MOORE,
and SUMMIT SPRING WATER CO., INC.

**Appellants**

**v.**

BRIAN RHONE, CHRIS RHONE,
BMR DISTRIBUTING, INC., and RHONE WATER CO., INC.

**Appellees**

On Appeal from the 336th District Court of Fannin County, Texas
The Honorable Laurine J. Blake, Judge Presiding

UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE APPELLEES' BRIEF

**I.**

Appellees move for an unopposed extension of time to file their brief and state the following

in support:

Appellees' brief is due to be filed on December 14, 2015. Appellees respectfully request a thirty-day extension of time, until January 13, 2016, to file their brief. Appellees have not previously requested an extension of time to file their brief. Appellees are not filing this motion for the purpose of delay, but in the interest of justice.

## II.

Appellees' counsel is Thomas F. Dunn. Mr. Dunn underwent a double disc spinal fusion on October 16, 2015. His post operative recovery has limited the amount of time he has been able to spend in the office to handle client matters. Consequently, Mr. Dunn's client work load has been jammed up. Due to the physical limitations on the amount of time he could spend on pending client matters, Mr. Dunn will be unable to complete Appellees' brief in this case by the December 14, 2015 deadline.

## III.

WHEREFORE, PREMISES CONSIDERED, Appellees pray that this Court enter an order granting their Unopposed Motion for Extension of Time to File Appellees' Brief and specifying that Appellees' brief be filed on or before January 13, 2016.

Respectfully submitted,

/s/ Thomas F. Dunn
Thomas F. Dunn
State Bar No. 06243300
tomdunn@dunnlawgroup.net
Dunn Law Group, P. C.
3901 W. Pioneer Parkway
Arlington, Texas 76013
(817) 459-0000
(817) 459-0002 facsimile

## CERTIFICATE OF CONFERENCE

I certify that, on December 9, 2015, I conferred with Appellees' counsel and he advised that

he is unopposed to the relief sought in this motion.


/s/ Thomas F. Dunn
Thomas F. Dunn



## CERTIFICATE OF SERVICE

I certify that, on December 10, 2015, I served a copy of this motion to the following counsel

for Appellants:

Chad M. Ruback
The Ruback Law Firm
8117 Preston Road
Suite 300
Dallas, Texas 75225

**served via email to:** chad@appeal.pro


/s/ Thomas F. Dunn
Thomas F. Dunn